FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2021

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The clerk's record and reporter's record have been filed. Appellant's brief is due **no later than July 19, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court